FREDERICK A. MANN, Appellant, *v.* GEORGE SCHNEE-BERGER, Individually and as Superintendent of High-ways of the Town of Irondequoit, Respondent.

(Argued November 18, 1935; decided November 20, 1935.)

*George R. Lunn, Jr.*, for motion.

*Frederick A. Mann*, in person, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.